Michael A. Rollin (State Bar No. 251557)
REILLY POZNER LLP
515 South Flower Street, 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3576
Fax: (213) 236-3570
mrollin@rplaw.com

Marisa B. Hudson-Arney (Pro Hac Vice)
REILLY POZNER LLP
511 Sixteenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 893-6100
Fax: (303) 893-6110
mhudsonarney@rplaw.com

Attorneys for Plaintiff LEHMAN BROTHERS HOLDINGS INC.

FILED
CLERK U.S. DISTRICT COURT
FEB 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| LEHMAN BROTHERS HOLDINGS INC, | CASE NO. 2:10-cv-00633 SVW (AGRx) |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT (PROPOSED) |
| MORTGAGECLOSE.COM, INC., | |
| Defendants. | |

Pursuant to and in accordance with the Order on Plaintiff's Motion to Enforce Settlement, it is

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff Lehman Brothers Holdings Inc. and against Defendant Mortgageclose.com, Inc. in the total amount of $500,000. It is further

ORDERED AND ADJUDGED that post-judgment interest shall accrue on

the total amount of $500,000 at the rate of 0.29 % per annum from the date of entry of judgment.

IT IS SO ORDERED.

Dated: 2/17/11

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE